# United States Bankruptcy Court
## District of Delaware

In re  **Tremont Chicago, LLC**
Debtor(s)

Case No. _____
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tremont Chicago, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hotel Capital LLC**
**101 W. Ohio St.**
**Suite 720**
**Indianapolis, IN 46204**

**Tremont Class B LLC**
**101 W. Ohio**
**Suite 720**
**Indianapolis, IN 46204**

☐ None [*Check if applicable*]

**April 22, 2024**
Date

**Maria Aprile Sawczuk**
Signature of Attorney or Litigant
Counsel for **Tremont Chicago, LLC**
**Goldstein & McClintock LLLP**
**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
**302-444-6710 Fax:302-444-6709**
**marias@goldmclaw.com**