Fill in this information to identify the case:

Debtor name: **Tremont Chicago, LLC**
United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**
Case number (if known): 24-10844

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Amber Mechanical 11950 South Central Avenue Alsip, IL 60803 | | | | | | $8,442.00 |
| AMS Mechanical Systems 425 E. 151st Street East Chicago, IN 46312 | | | Disputed | $83,188.00 | Unknown | Unknown |
| Berna Construction 10119 Roosevelt Rd. Westchester, IL 60154 | | | Disputed | $79,312.00 | Unknown | Unknown |
| City of Chicago 121 N. LaSalle St. Chicago, IL 60602 | | | | $81,335.00 | Unknown | Unknown |
| City of Chicago Water Department P.O. Box 6330 Chicago, IL 60680 | | | Disputed | | | $687,278.00 |
| Core Mechanical 4632 W. Lawrence Avenue Chicago, IL 60630 | | | | | | $4,195.00 |
| Gehrke 1050 North Rand Rd Wauconda, IL 60084 | | | | | | $5,327.00 |
| Hayes Mechanical 5959 S. Harlen Avenue Chicago, IL 60638 | | | | | | $2,203.00 |
| John's Plumbing 3116 N. Cicero Chicago, IL 60641 | | | | | | $14,995.00 |
| Laundry Gopher 3858 N. Kedzie Ave. Chicago, IL 60618 | | | | | | $13,694.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LMREC IV Note Holder, Inc.**<br>**2029 Century Park East**<br>**30th Floor**<br>**Los Angeles, CA 90067** | | | Disputed | $19,425,000.00 | Unknown | Unknown |
| **Local 399 Health & Welfare Trust**<br>**2260 S. Grove Street**<br>**Chicago, IL 60616** | | | | | | $19,116.00 |
| **Unite Here -Local 1**<br>**218 S. Wabash Ave**<br>**7th Floor**<br>**Chicago, IL 60604** | | | Disputed | | | $1,366,335.00 |
| **Urban Elevator**<br>**4830 West 16th Street**<br>**Cicero, IL 60804** | | | | | | $37,083.00 |