**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TREMONT CHICAGO, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10844 (LSS)<br><br>**Hearing Date:**<br>**May 29, 2024, at 10:00 a.m. (ET)**<br><br>**Objection Deadline:**<br>**May 22, 2024, at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF LMREC IV NOTE HOLDER, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, TO DISMISS THE BANKRUPTCY CASE FOR CAUSE PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE**

   **PLEASE TAKE NOTICE** that on May 15, 2024, LMREC IV Note Holder, Inc. ("LMREC") filed the *Motion of LMREC IV Note Holder, Inc. for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code or, in the Alternative, to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 22, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to LMREC.

   **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 29, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM #2, WILMINGTON, DELAWARE 19801.

   **PLEASE TAKE FURTHER NOTICE** THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.

---

[1]  The last four digits of the Debtor's federal tax identification number are 5403. The location of the Debtor's operations is 100 E. Chestnut St., Chicago, IL 60611.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: May 15, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br> */s/ Scott D. Jones*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Scott D. Jones (No. 6672)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>           mharvey@morrisnichols.com<br>           sjones@morrisnichols.com<br><br>*Counsel for LMREC IV Note Holder, Inc.* |