**Exhibit A**

**(Proposed Order Granting Relief from the Automatic Stay)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TREMONT CHICAGO, LLC,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10844 (LSS)<br><br>**Re: D.I. __** |

### ORDER GRANTING MOTION OF LMREC IV NOTE HOLDER, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, TO DISMISS THE BANKRUPTCY CASE FOR CAUSE PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE

Upon the motion (the "Motion")[2] of LMREC IV Note Holder, Inc. ("LMREC") for entry of an order (this "Order") pursuant to section 362(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), granting relief from the automatic stay to LMREC, all as further described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing (the "Hearing"); and this Court having determined that

---

[1]　　The last four digits of the Debtor's federal tax identification number are 5403. The location of the Debtor's operations is 100 E. Chestnut St., Chicago, IL 60611.

[2]　　All capitalized terms used but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor; and after due deliberation thereon; the Court having determined that there is good and sufficient cause for the relief granted in the Order;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The automatic stay of section 362(a) of the Bankruptcy Code is hereby lifted as to LMREC. LMREC is authorized to exercise its rights and remedies with respect to all Property and Collateral (as those terms are defined in the Loan Documents), including the Property and Rents (as defined in the Motion), whether by commencement or continuation of judicial proceedings or otherwise.

3. LMREC is authorized to take all actions necessary to implement and effectuate the relief granted in this Order in accordance with the Motion.

4. The 14-day stay of this Order provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and this Order shall be effective and enforceable immediately upon entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.