UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TREMONT CHICAGO, LLC,[1] | ) |
| | ) Case No. 24-10844 (LSS) |
| Debtor. | ) |

*AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
MAY 29, 2024 AT 10:00 A.M. (EDT)*

**THIS HEARING WILL BE CONDUCTED IN-PERSON, ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than May 28, 2024 at 4:00 p.m.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**MATTER WITH CERTIFICATION OF COUNSEL FILED:**

1. Motion for Entry of an Order Granting Additional Time Within Which to File Schedules and Statements [Docket No. 42; Filed 5/6/2024]

*Objection Deadline:* May 20, 2024 at 4:00 p.m. ET

*Objections Filed:* None

*Related Documents*:

A. Certification of Counsel with Respect to Order Granting Additional Time Within Which to File Schedules and Statements [Docket No. 76; Filed 5/21/2024]

B. ***Order Granting Additional Time Within Which to File Schedules and Statements [Docket No. 94; Entered 5/28/2024]***

---

[1] The last four digits of the Debtor's federal tax identification number are 5403. The location of the Debtor's operations is 100 E. Chestnut St., Chicago, IL 60611.

[2] ***Amended agenda items appear in bold and italics.***

**Status:**   *The Court has entered an Order. This matter is resolved.*

**MATTERS GOING FORWARD FOR FINAL ORDER:**

2. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 14; Filed 4/26/2024]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET

*Objections Filed:* None

*Related Documents*:

   A. Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; (II) Scheduling Final Hearing; and (III) Granting Related Relief [Docket No. 34; Entered 5/1/2024]

   B. *Certification of Counsel with Respect to Final Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief [Docket No. 87; Filed 5/24/2024]*

   C. *Final Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief [Docket No. 91; Entered 5/24/2024]*

**Status:**   *The Court has entered an Order. This matter is resolved.*

3. Debtor's Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [Docket No. 15; Filed 4/26/2024]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET

*Objections Filed:* None

*Related Documents*:

   A. Interim Order Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, and Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 35; Entered 5/1/2024]

   B. *Certification of Counsel with Respect to Final Order Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, and Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 88; Filed 5/24/2024]*

C. ***Final Order Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, and Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [[Docket No. 95; Entered 5/28/2024](#)]***

**Status:** *The Court has entered an Order. This matter is resolved*.

4. Motion of Debtor for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (V) Granting Related Relief [[Docket No. 16; Filed 4/26/2024](#)]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET

*Objections Filed:* None

*Related Documents*:

A. Interim Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Scheduling Final Hearing, and (C) Granting Related Relief [[Docket No. 53; Entered 5/8/2024](#)]

B. ***Certification of Counsel with Respect to Final Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (B) Granting Related Relief [[Docket No. 85; Filed 5/24/2024](#)]***

C. ***Final Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief [[Docket No. 89; Entered 5/24/2024](#)]***

**Status:** ***The Court has entered an Order. This matter is resolved.***

5. Debtor's Motion for Entry of Interim and Final Orders *Nunc Pro Tunc* to the Petition Date Authorizing (I) Continued Maintenance of Existing Cash Management System and Accounts, (II) Use of Existing Forms, and (III) Related Relief [[Docket No. 17; Filed 4/26/2024](#)]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET

*Objections Filed:* None

*Related Documents*:

A. Interim Order Nunc pro Tunc to the Petition Date Authorizing (I) Continued Maintenance of Existing Cash Management System and Accounts, (II) Use of Existing Forms, and (III) Related Relief [[Docket No. 36; Entered 5/1/2024](#)]

B. *Certification of Counsel with Respect to Final Order Nunc pro Tunc to the Petition Date Authorizing (I) Continued Maintenance of Existing Cash Management System and Accounts, (II) Use of Existing Forms, and (III) Related Relief [Docket No. 86; Filed 5/24/2024]*

C. *Final Order Nunc pro Tunc to the Petition Date Authorizing (I) Continued Maintenance of Existing Cash Management System and Accounts, (II) Use of Existing Forms, and (III) Related Relief [Docket No. 90; Entered 5/24/2024]*

**Status:**    *The Court has entered an Order. This matter is resolved.*

**MATTER GOING FORWARD FOR FURTHER INTERIM ORDER:**

6. Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 13; Filed 4/26/2024]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET (extended to May 23, 2024 for the Committee)

*Objections Filed:*

A. Preliminary Objection of LMREC IV Note Holder, Inc. to Debtor's Cash Collateral Motion [Docket No. 25; Filed 4/30/2024]

B. Objection of LMREC IV Note Holder, Inc. to Debtor's Cash Collateral Motion on a Further Interim Basis [Docket No. 48; Filed 5/7/2024]

C. Objection of LMREC IV Note Holder, Inc. to Debtor's Cash Collateral Motion on a Second Further Interim Basis [Docket No. 77; Filed 5/22/2024]

D. Preliminary Objection of the Official Committee of Unsecured Creditors to (A) Lender's Motion to Dismiss and (B) Debtor's Motion for Use of Cash Collateral [Docket No. 82; Filed 5/23/2024]

*Related Documents*:

A. Response to LMREC IV Note Holder, Inc.'s Objection to Debtor's Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 27; Filed 4/30/2024]

B. Supplemental Declaration of Michael Collier in Support of Cash Collateral Motion [Docket No. 28; Filed 4/30/2024]

C. Interim Order Authorizing Use of Cash Collateral; Scheduling Further Interim Hearing; and For Related Relief [Docket No. 41; Entered 5/2/2024]

D. Second Interim Order Authorizing Use of Cash Collateral; Scheduling Further Interim Hearing; and For Related Relief [Docket No. 52; Entered 5/8/2024]

**Status:** This matter is going forward on a further interim basis. *The Lender and Debtor have reached an agreement, and are working with counsel for the Committee to present a consensual proposed form of order.*

**OTHER MATTERS GOING FORWARD:**

7. [SEALED] Motion of LMREC IV Note Holder, Inc. for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code Or, in the Alternative, to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 61; Filed 5/15/2024]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET (extended to May 23, 2024 for the Committee)

*Objections Filed:*

A. Debtor's Objection to Motion of LMREC IV Note Holder, Inc. for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code Or, in the Alternative, to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 78; Filed 5/22/2024]

B. Preliminary Objection of the Official Committee of Unsecured Creditors to (A) Lender's Motion to Dismiss and (B) Debtor's Motion for Use of Cash Collateral [Docket No. 82; Filed 5/23/2024]

*Related Documents:*

A. [REDACTED] Motion of LMREC IV Note Holder, Inc. for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code Or, in the Alternative, to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 75; Filed 5/21/2024]

**Status:** This matter is going forward. *The Lender and Debtor have reached an agreement, and are working with counsel for the Committee to present a consensual proposed form of order.*

8. Motion for an Order Authorizing LMREC IV Note Holder, Inc. to File Under Seal its Motion for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Or, in the Alternative, to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 72; Filed 5/20/2024]

*Objection Deadline:* May 22, 2024 at 4:00 p.m. ET

*Objections Filed:* None

*Related Documents*:

A. [REDACTED] Motion of LMREC IV Note Holder, Inc. for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code Or, in the Alternative, to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 75; Filed 5/21/2024]

**Status:** This matter is going forward.

Dated: May 28, 2024

Respectfully submitted,
**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Matthew E. McClintock, Esq. (admitted *pro hac vice*)
Ainsley G. Moloney, Esq. (admitted *pro hac vice*)
Amrit S. Kapai, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2310
mattm@goldmclaw.com
ainsleym@goldmclaw.com
amritk@goldmclaw.com

*Proposed counsel for the Debtor and Debtor-in-Possession*