IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TREMONT CHICAGO, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10844 (LSS)<br><br>**Re: D.I. 72** |

**ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING LMREC IV NOTE HOLDER, INC. TO FILE UNDER SEAL ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, TO DISMISS THE BANKRUPTCY CASE FOR CAUSE PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion to Seal")[2] of LMREC IV Note Holder, Inc. ("LMREC"), as senior secured lender to the Debtor, for entry of an order pursuant to section 107(b)(1) of Bankruptcy Code, Rule 9018 of the Bankruptcy Rules and Local Rule 9018-1, authorizing LMREC to file the Motion for Stay Relief under seal; and the Court having found that it has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157 and 1334 and *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the parties; and the Court having

---

[1] The last four digits of the Debtor's federal tax identification number are 5403. The location of the Debtor's operations is 100 E. Chestnut St., Chicago, IL 60611.

[2] Capitalized terms not defined herein are defined in the Motion to Seal. Out of an abundance of caution and for the avoidance of doubt, City Contract is included in the Appraisal Report, which is attached to the Motion for Stay Relief as Schedule 1 to Exhibit C – the *Declaration of Bryan Younge of Newmark Valuation & Advisory Regarding Appraisal of the Tremont Hotel*.

reviewed the Motion to Seal; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, LMREC is hereby authorized to file under seal the Motion for Stay Relief located at D.I. 61.

3. LMREC is authorized to file on this Court's docket and to serve on other parties in interest copies of the Motion for Stay Relief, that includes a redacted Appraisal Report and does not include the City Contract.

4. The Clerk of the Court is directed to maintain the un-redacted Motion for Stay Relief under seal and shall not make it publicly available, unless and until permitted by further order of this Court.

5. LMREC is authorized to take all actions necessary to effectuate the relief granted herein.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: May 29th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

9