**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TREMONT CHICAGO, LLC,[1] | ) |
| | ) Case No. 24-10844 (LSS) |
| Debtor. | ) |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that the Court has provided the omnibus hearing date set forth on the proposed order attached hereto as Exhibit A.

**WHEREFORE**, the undersigned respectfully requests that the Court enter the proposed form of order, substantially in the form attached hereto as Exhibit A.

Wilmington, Delaware
Dated: May 29, 2024

**GOLDSTEIN & MCCLINTOCK, LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq.
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709
Email: marias@goldmclaw.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 5403. The location of the Debtor's operations is 100 E. Chestnut St., Chicago, IL 60611.